## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:

APPOINTMENT TO CONTINUING
JUDICIAL EDUCATION BOARD OF
JUDGES

: NO. 957
:
: SUPREME COURT RULES DOCKET
:
:
:
:

## ORDER

**PER CURIAM**

 **AND NOW,** this 15th day of August, 2023, the Honorable Michael H. Wojcik, Allegheny County, is hereby appointed to the Continuing Judicial Education Board of Judges for a term expiring December 31, 2024.